UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00401-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. FERLESHA S. NEWTON, a/k/a FERLESHA SHANTA BALL, a/k/a FERLISHA NEWTON, a/k/a FERLESHA SHANTA MITCHELL, a/k/a FERLESHA S. NEWTON,

    Defendant.

## ORDER

THIS MATTER is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is hereby

ORDERED that all pretrial motions shall be filed by **Monday, August 31, 2009,** and responses to these motions shall be filed by **Monday, September 14, 2009.** It is

FURTHER ORDERED that counsel shall request a hearing on all pending motions and final trial preparation conference, if necessary, at a future date. It is

FURTHER ORDERED that a three-day jury trial is set for **Monday, September 28, 2009, at 9:00 a.m. in Courtroom A1002.**

    Dated: August 12, 2009

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Chief United States District Judge