UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 08-cr-00401-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1. FERLESHA S. NEWTON, a/k/a FERLESHA SHANTA BALL, a/k/a FERLISHA NEWTON, a/k/a FERLESHA SHANTA MITCHELL, a/k/a FERLESHA S. NEWTON,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

     A Notice of Disposition was filed in the above matter on September 15, 2009 [doc. #11].  Accordingly, all pretrial filing deadlines and the jury trial set for Monday, September 28, 2009, are **VACATED**.  A Change of Plea hearing is set for **Monday, October 26, 2009 at 10:00 a.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

     Dated: September 15, 2009